UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PAMMY J. MOORE,

        Plaintiff,

v.

        Case No. 2:18-cv-634
        CHIEF JUDGE EDMUND A. SARGUS, JR.
        Magistrate Judge Chelsey M. Vascura

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on March 25, 2019. (ECF No. 18.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **REVERSES** the Commissioner's non-disability finding and **REMANDS** this case under Sentence Four of § 405(g) for further consideration consistent with this Report and Recommendation.

**IT IS SO ORDERED.**

\_\_\_5-20-2019\_\_\_
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE